IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANIE K. WARNKEN, | ) | 4:06CV3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court upon Plaintiff's unopposed motion for an extension of time for filing her brief. (Filing 14.) She seeks an extension until June 15, 2006. I will grant the motion and alter the briefing schedule accordingly.

Accordingly,

IT IS ORDERED that:

1. The motion in filing 14 is granted, and Plaintiff shall have until June 15, 2006 to submit her brief;

2. The previously established briefing schedule is amended as follows:

   a. Defendant shall submit a brief by July 17, 2006;

   b. Plaintiff may submit a reply brief by July 31, 2006;

3. This case shall be ripe for decision on August 1, 2006.

June 5, 2006.                    BY THE COURT:

                                 *s/Richard G. Kopf*
                                 United States District Judge