IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEANIE K. WARNKEN, | ) | 4:06CV3009 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court upon Defendant's unopposed motion for an extension of time for filing its brief. (Filing 17.) Defendant seeks an extension until August 16, 2006. I will grant the motion and alter the briefing schedule accordingly.

Accordingly,

IT IS ORDERED that:

1. The motion in filing 17 is granted, and Defendant shall have until August 16, 2006 to submit its brief;

2. The date for Plaintiff's submission of its reply brief is extended to August 31, 2006; and

3. This case shall be ripe for decision on September 1, 2006.

July 24, 2006.

BY THE COURT:
*s/Richard G. Kopf*
United States District Judge